**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7630

JEROME W. JAMES,

             Plaintiff - Appellant,

      v.

CARL JONES, FSD; MANUEL ALFAS, FSS; JENNIFER BUTLER, FSS;
ANNETTE CHAPMAN, FSS; VERNON GORE, FSS; EARNEST DELOACH,
FSS,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(0:13-cv-01869-DCN)

Submitted:  March 16, 2015          Decided:  March 31, 2015

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Will James, Appellant Pro Se.  Elloree Ann Ganes, HOOD
LAW FIRM, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome W. James appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint, and its subsequent order denying his motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. James v. Jones, No. 0:13-cv-01869-DCN (D.S.C. Aug. 6, 2014; Oct. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED